# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3593

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| David Pearson, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: August 2, 2005
Filed: August 8, 2005

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

David Pearson appeals the district court's[1] denial of his motion to modify his sentence under 18 U.S.C. § 3582(c)(1)(A)(i) and (c)(2), and the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003 (PROTECT Act). None of the statutory sections Mr. Pearson has cited provides a basis for modifying his sentence. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.